UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KOLJA SCHLUETTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-08235-VKD<br><br>**ORDER FOR REASSIGNMENT TO DISTRICT JUDGE** |

Defendant Tesla, Inc. ("Tesla") removed this action from the Superior Court of the County of Santa Clara and now moves to compel arbitration. Dkt. Nos. 1, 4. Plaintiff Kolja Schluetter has not indicated whether he consents to or declines magistrate judge jurisdiction.

All named parties must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 501-04 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). As it appears that this case requires a decision that could dispose of all of Mr. Schluetter's claims against Tesla in this forum, and because not all parties have consented to magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's Assignment Plan. Upon full consent of all parties, this case may be reassigned back to the undersigned magistrate judge.

///

///

**IT IS SO ORDERED.**

Dated: January 7, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge