UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLJA SCHLUETTER,<br>　　　　Plaintiff,<br>　v.<br>TESLA, INC.,<br>　　　　Defendant. | Case No. 19-cv-08235-RS<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION** |

Pursuant to Civil Local Rule 7-1(b), defendant's motion to compel arbitration is suitable for disposition without oral argument and the hearing set for February 6, 2020 is vacated. Defendant has shown, and plaintiff expressly concedes, that plaintiff's claims are subject to an enforceable written agreement for binding arbitration.

Plaintiff complains defendant has refused to agree that the arbitration be conducted by JAMS. The arbitration agreement provides, in relevant part, that plaintiff "may choose the American Arbitration Association . . . or any other organization to conduct the arbitration subject to [defendant's] approval." (Emphasis added.) Plaintiff has not shown any basis for requiring defendant to forgo its right under the agreement to reject arbitration through JAMS, or that plaintiff's obligation to arbitrate is somehow excused by defendant's failure to accept his preferred forum. The motion is granted.

The Clerk is directed to close this matter for administrative purposes. Any party may move to reopen should there be a basis to do so upon conclusion of the arbitration proceedings.

**IT IS SO ORDERED**.

Dated: February 3, 2020

RICHARD SEEBORG
United States District Judge